JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STUDENT, by and through her guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>MANHATTAN BEACH UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO: **2:07-cv-07333-FMC-CWx**<br><br>**JUDGMENT** |

Pursuant to the Court's order of August 8, 2008, affirming the July 31, 2007, administrative decision of the Office of Administrative Hearing, JUDGMENT IS ENTERED in favor of defendant MANHATTAN BEACH UNIFIED SCHOOL DISTRICT in the above-captioned matter.

DATED: August 15, 2008

_____
FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT